United States District Court

Eastern District of California

William Lee Wright,

        Petitioner,                      No. Civ. S 03-0430 FCD PAN P

   vs.                                 Findings and Recommendations

Edward S. Alameida, Jr.,
et al.,

        Respondents.

                              -oOo-

    March 18, 2005, an order served on petitioner was returned by the postal service as undeliverable.  Petitioner has failed to comply with Local Rule 83-182(d), which requires that a party appearing pro se inform the court of any address change.

    Accordingly, the court hereby recommends that this action be dismissed without prejudice.  L.R. 83-183(b) (dismissal appropriate where pro se plaintiff fails to notify court of current address within 60 days of return of mail by U.S. Postal Service).

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated: June 2, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge