1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    WILLIAM LEE WRIGHT,

11            Petitioner,                         No. CIV S-03-0430 FCD PAN P

12        vs.

13    EDWARD S. ALAMEIDA, JR., et al.,

14            Respondents.                   ORDER

15    _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On July 13, 2005, the magistrate judge filed findings and recommendations herein

20    which were served on all parties and which contained notice to all parties that any objections to

21    the findings and recommendations were to be filed within twenty days.  Neither party has filed

22    objections to the findings and recommendations.

23            Although it appears from the file that petitioner's copy of the findings and

24    recommendations were returned, petitioner was properly served.  It is the petitioner's

25    responsibility to keep the court apprised of his current address at all times.  Pursuant to Local

26    Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4         1.  The findings and recommendations filed July 13, 2005, are adopted in full; and

5         2.  This action is dismissed without prejudice.

6  DATED:August 25, 2005

7

8                                   /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26